UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TRAVELERS CASUALTY AND                                :
SURETY COMPANY OF AMERICA,                   :
                                                                        :
                                        Plaintiff,           :            21 Civ. 3086 (JPC)
                                                                        :
              -v-                                                     :            ORDER
                                                                        :
TUKURU TECHNOLOGIES, LLC *et al.*,        :
                                                                        :
                                                                        :
                                        Defendants.        :
                                                                        :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The Complaint in this action was filed on April 9, 2021.  Dkt. 1.  Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

  Plaintiff is ordered to file a status letter by October 22, 2021, describing (1) whether service of the summons and Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiff requests an extension of time to serve Defendants.  If Plaintiff requests an extension of time to effect service, Plaintiff shall include in its letter an explanation of why there is good cause to excuse its failure to serve Defendants within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

If service of the summons and Complaint has been made on Defendants, Plaintiff must file proof of service on the docket no later than October 22, 2021.

SO ORDERED.

Dated: October 15, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge