```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TRAVELERS CASUALTY AND                                                 :
SURETY COMPANY OF AMERICA,                                             :
                                                                       :
                              Plaintiff,                               :     21 Civ. 3086 (JPC)
                                                                       :
            -v-                                                        :     ORDER
                                                                       :
TUKURU TECHNOLOGIES, LLC et al.,                                       :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 23, 2021, the Court ordered the parties to submit a joint letter updating the Court on the status of settlement by December 22, 2021. Dkt. 14. The parties failed to submit a status letter by the December 22, 2021 deadline. Accordingly, it is hereby ORDERED that, by December 28, 2021, the parties shall submit a status letter as set forth in the November 23, 2021 Order.

SO ORDERED.

Dated: December 23, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge