IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>　　　　Plaintiff<br>　　v.<br><br>TUKURU TECHNOLOGIES, LLC<br>　　and<br>OMOLADE "Jacob" TUKURU<br>　　　　Defendants | Civil Action No:  21-cv-03086<br><br>JURY DEMAND<br>ENDORSED HEREON |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, Travelers Casualty and Surety Company of America, and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants, Tukuru Technologies, LLC and Omolade "Jacob" Tukuru.

Respectfully submitted,

Dated:  December 27, 2021      By:  _____

de LUCA LEVINE LLC
Kenneth B. Grear, Esquire,
Three Valley Square, Suite 220
Blue Bell, PA 19422
Phone: 215-283-0081
Fax:  215-383-0082
kgrear@delucalevine.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**<br>          Plaintiff<br>     v.<br><br>**TUKURU TECHNOLOGIES, LLC**<br>     and<br>**OMOLADE "Jacob" TUKURU**<br>          Defendants | **Civil Action No:  21-cv-03086**<br><br>**JURY DEMAND<br>ENDORSED HEREON** |

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated above the above-referenced Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R.C.P. 41(a)(1)(A)(i) was served upon all counsel of record via ECF filing.

Dated:  December 27, 2021        By:  _____
**de LUCA LEVINE LLC
Kenneth B. Grear, Esquire,
Three Valley Square, Suite 220
Blue Bell, PA 19422
Phone: 215-283-0081
Fax:  215-383-0082
kgrear@delucalevine.com**

*Attorney for Plaintiff*